ELAINE BANDURSKI v. MICHAEL B. SCOTTI.

June 21, 1988.

Petition for certification denied.

E.J. ANDRZEJEWSKI v. NEW JERSEY DEPARTMENT
OF CORRECTIONS.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONIDES GARCIA.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH F. MACKIEWICZ.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS CIARLETTA.

June 21, 1988.

Petition for certification denied.